IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLENN ANTHONY NETTLES, AIS 291493, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:23-cv-296-ECM ) |
| STATE OF ALABAMA, | ) ) |
| Defendant. | ) ) |

**MEMORANDUM OPINION and ORDER**

On June 28, 2023, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee or otherwise comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE this 20th day of July, 2023.

                /s/ Emily C. Marks
              EMILY C. MARKS
              CHIEF UNITED STATES DISTRICT JUDGE